# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAI SAEPHARN, | **CONSENT ORDER** |
| Plaintiff(s) | |
| v. | Case No.: 2:21-cv-00838 JAM AC |
| ARAMARK SERVICES, INC., | |
| Defendant(s) | |

Each of the parties in the above-captioned case has filed a "Consent to Proceed Before a United States Magistrate." See 28 U.S.C. § 636(a)(5) and (c). According to E.D. Cal. LR. 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

IT IS HEREBY ORDERED that any hearing dates currently set before the undersigned are VACATED.

IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to the Honorable, Magistrate Judge Allison Claire. The parties shall please take note that all documents hereafter filed with the Clerk of the Court shall bear case number: 2:21-cv-00838 AC.

Dated: June 4, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

Having also reviewed the file, I accept reference of this case for all further proceedings and entry of final judgment.

Dated: June 7, 2021

THE HONORABLE ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE