MORGAN, LEWIS & BOCKIUS LLP
Melinda S. Riechert, Bar No. 65504
1400 Page Mill Road
Palo Alto, CA  94304
Tel:     +1.650.843.4000
Fax:     +1.650.843.4001
melinda.riechert@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Benjamin R. Eversole, Bar No. 334474
One Market Street, Spear Street Tower
San Francisco, CA 94105
Tel:     +1.415.442.1000
Fax:     +1.415.442.1001
benjamin.eversole@morganlewis.com

Attorneys for Defendant
ARAMARK SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAI SAEPHARN,<br><br>                          Plaintiff,<br><br>          vs.<br><br>ARAMARK SERVICES, INC., a Delaware corporation; DOES 1 through 25, inclusive,<br><br>                          Defendants. | Case No. 2:21-cv-00838-AC<br><br>**[~~PROPOSED~~] ORDER GRANTING DISMISSAL** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

DB2/ 41955356.1

1
2
3
4
5

 The Court has considered Plaintiff LAI SAEPHARN and Defendant ARAMARK SERVICES, INC.'s joint stipulation pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) dismissing Plaintiff's claims against Defendant with prejudice. Each party to bear her/its own fees and costs.

6

**IT IS SO ORDERED.**

7
8

Dated: November 12, 2021

9
10

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

DB2/ 41955356.1

2

[PROPOSED] ORDER GRANTING
DISMISSAL
Case No. 2:21-cv-00838-AC